UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAMILLE TEICHMAN, individually as the Parent and
Natural Legal Guardian of MICHELLE TEICHMAN,
an incapacitated adult,

                              Plaintiffs,

-against-

EMPIRE PLAN/UNITED HEALTHCARE
SERVICE CORP. and MANAGED PHYSICAL
NETWORK, INC.,

                              Defendants.
------------------------------------------------------------X

CIV. ACT. NO. 12- CV-6039 (SJF) (AKT)

**STIPULATION OF WITHDRAWAL
OF FOURTH CAUSE OF ACTION
WITH PREJUDICE AND
EXTENSION
OF TIME TO ANSWER COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that plaintiffs voluntarily withdraw their Fourth Cause of Action for a violation of New York General Business Law §349 with prejudice. This stipulation may be filed without further notice with the Clerk of the Court.

**IT IS FURTHER STIPULATED AND AGREED** that defendants' time to answer the Complaint is extended from February 5, 2013 to March 5, 2013.

**IT IS FURTHER STIPULATED AND AGREED** that for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: New York, New York
       January 30, 2013

_____
RICHARD E. FISH (REF 6300)
DUNCAN, FISH & VOGEL, LLP.
317 Middle Country Road, Suite #5
Smithtown, New York 11787
T. (631) 979-8001
*Attorneys for Plaintiffs*

_____
MICHAEL H. BERNSTEIN (MB 0579)
JOHN T. SEYBERT (JS 5014)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281
T: (212) 422-0202
*Attorneys for Defendants*

SO ORDERED:

_____
HON. SANDRA J. FEUERSTEIN, U.S.D.J.