# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** April 30, 2013        **TIME:** 1 hour

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ APR 30 2013 ★
LONG ISLAND OFFICE

**CASE NUMBER:**    2:12-cv-06039-SJF-AKT

**CASE TITLE:**     Teichman et al v. Empire Plan/United Health Care Service, Corp. et al

**PLTFFS ATTY:**    Richard Fish

   X  present         ___ not present

**DEFTS ATTY:**     John Seybert

   X  present         ___ not present

**COURT REPORTER:** _____    **COURTROOM DEPUTY:** Bryan Morabito
**OTHER:** _____

X    CASE CALLED.

__   ARGUMENT HEARD / CONT'D TO_____.

__   DECISION:   ENTERED ON THE RECORD.

**OTHER:** A further status conference is scheduled before Judge Feuerstein on 5/29/2013 at 11:15 am.