DUNCAN, FISH & VOGEL, LLP.
ATTORNEYS AT LAW
317 Middle Country Road
Suite #5
Smithtown, New York  11787
(631) 979-8001
Fax # (631) 724-5163

RICHARD E. FISH*                    THOMAS J. DUNCAN
LIVIA VOGEL**                           (1948 - 1997)
                                             LESLIE A. PALLADINO
                                             Legal Assistant

Also admitted in Florida*
Also admitted in New Jersey**

May 6, 2013

**VIA ECF**
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

    Re: Camille Teichman, individually and as the
     Parent and Natural Legal Guardian of Michelle
     Teichman, an incapacitated adult vs. Empire
     Plan/United Health Care Service, Corp. and
     Managed Physical Network, Inc.
     Civil Case No. 12-CV-6039

Dear Judge Feuerstein:

  When last in Court on the above-referenced matter on April 30, 2013, another conference was scheduled for May 29, 2013.  Subsequent to that Court appearance, I learned that I must undergo a minor medical procedure on May 30, 2013, and must have some pre-procedural testing on May 29 and therefore, will not be available.  I have spoken with John Seybert, counsel to Defendants and, subject to the Court's schedule, we are both available the following week, June 4, 5, or 6.  Please advise if any of these days are acceptable to the Court and, if not, please provide an alternative date.

Thank you in advance for your anticipated understanding.

        Respectfully,

        /s/ Richard E. Fish
REF/lap        RICHARD E. FISH