225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008                                    ATTORNEYS AT LAW

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*



*John Seybert*
*john.seybert@sedgwicklaw.com*

May 29, 2013

*Via ECF & Facsimile*
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court For The
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   *Camille Teichman et. al.* v. *Empire Plan/United Healthcare Service Corp.,*
      *and Managed Physical Network, Inc.*
      Case No.:       CV-12-6039
      File No.:       03246-000152

Dear Judge Feuerstein:

This office represents the defendants in the above-referenced matter. We write to jointly request a thirty-day adjournment of the Court Conference scheduled for June 4, 2013.

This matter involves a claim for past and continuing physical and occupational therapy for the daughter of the plaintiff. The parties are negotiating a possible way to resolve the matter, involving the review and examination by an independent medical peer review physician. The parties are hopeful that that they may be able to reach a resolution and respectfully request an adjournment to allow the parties the opportunity to try to resolve the matter before the next court conference.

Thank you for consideration of this matter.

Respectfully submitted,


s/ John T. Seybert

John T. Seybert
Sedgwick LLP

cc: Richard E. Fish, Esq.

## **CERTIFICATE OF SERVICE**

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED MAY 29, 2013** was served via ECF on this 29th day of May, 2013, upon the following:

Richard E. Fish
DUNCAN, FISH & VOGEL, LLP.
317 Middle Country Road, Suite #5
Smithtown, New York 11787


                                                     s/ John T. Seybert
                                                    JOHN T. SEYBERT

Dated:    New York, New York
             May 29, 2013