## CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

FILED
IN CLERK'S OFFICE
U S  DISTRICT COURT E D N Y

★    OCT 2 9 2013    ★

LONG ISLAND OFFICE

**DATE:** October 29, 2013          **TIME:** 1 hour

**CASE NUMBER:**     2:12-cv-06039-SJF-AKT

**CASE TITLE:**     Teichman et al v. Empire Plan/United Health Care Service, Corp. et al

**PLTFFS ATTY:**     Richard Fish

          X  present          not present

**DEFTS ATTY:**     John Seybert

          X  present          not present

**COURT REPORTER:**                    **COURTROOM DEPUTY:** Bryan Morabito
**OTHER:**

X    CASE CALLED.

__    ARGUMENT HEARD / CONT'D TO_____.

__    DECISION:   ENTERED ON THE RECORD.

**OTHER:** A further status conference is scheduled before Judge Feuerstein on 1/29/2014 at

11:00AM