# CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 27 2014 ★

LONG ISLAND OFFICE

**DATE:** January 27, 2014            **TIME:** 1 hour

**CASE NUMBER:**   2:12-cv-06039-SJF-AKT

**CASE TITLE:**   Teichman et al v. Empire Plan/United Health Care Service, Corp. et al

**PLTFFS ATTY:**   Richard Fish

　　　　　　　　　　X present　　　　　not present

**DEFTS ATTY:**   John Seybert

　　　　　　　　　　X present　　　　　not present

**COURT REPORTER:**　　　　　　　　　　**COURTROOM DEPUTY:** Bryan Morabito
**OTHER:**

X   CASE CALLED.

__   ARGUMENT HEARD / CONT'D TO_____.

__   DECISION:   ENTERED ON THE RECORD.

**OTHER:** A further status conference is scheduled before Judge Feuerstein on 5/7/2014 at 11:15AM